## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

TIFFANY GRAYS,

      Plaintiff,

v.

BLACKHAWK ACQUISITION LLC and
SHANE BORN

      Defendants.

Civil Action No. 20-CV-00451- SKC

## BLACKHAWK ACQUISITION LLC'S
## RULE 7.1 DISCLOSURE STATEMENT

Defendant Blackhawk Acquisition LLC ("Defendant"), through its attorneys and pursuant to Federal Rule of Civil Procedure 7.1, discloses as follows:

Defendant is a privately held limited liability company 100% owned by SNH Auto Group LLC. There are no publicly held corporations owning stock in Defendant.

Dated: September 17, 2020

Respectfully submitted:

/s *Allison L. Gambill*
Allison L. Gambill
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, Colorado 80202
Phone: 303.223.1100
Email: agambill@bhfs.com

Rebecca E. Kuehn
Erik M. Kosa
Hudson Cook, LLP
1909 K Street, N.W., 4th Floor
Washington, D.C. 20006
Office: (202) 223-6930
Email: rkuehn@hudco.com
Email: ekosa@hudco.com

*Counsel for Defendant Blackhawk Acquisition LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Tiffany Grays
P.O. Box 472322
Aurora, CO 80047

Plaintiff, Pro Se

                                                By: /s Allison L. Gambill
                                                     Allison L. Gambill

                                                Counsel for Defendant Blackhawk Acquisition LLC.