# ProMax Affidavit

I, Shane Born the COO of ProMax, am the designee for ProMax and I'm providing the following responses to the subpoena for case number 18-CV-01762-SKC:

| | |
|---|---|
| 1.a | The assertion a programming error inadvertently included the term "Soft Inquiry" on an online credit application is accurate. |
| 1.b | According to our records, ProMax has been doing business with TSG Auto.com since 05/01/14 and has been conducting web services with TSG Auto.com since 01/19/18. |
| 1.c | ProMax has an ongoing business relationship with TSG Auto.com. |
| 1.d | I, Shane Born the COO of ProMax am the ultimate responsible party for ProMax clients. McKenzie Nelson-Lucas the Dealer Support Specialist is responsible for the TSG Auto.com account. |
| 1.e | Dan Stotmeister, Web Dev Manager, is ultimately responsible for the change which occurred on the online credit application. |
| 1.f | The legal definitions provided by ProMax are how ProMax understands the term to operate. |
| 1.e | The legal definitions provided by ProMax are how ProMax understands the term to operate. |

I, Shane Born the COO of ProMax, declare that the foregoing is true, correct and is stated to the best of my knowledge.

_____
SINGATURE

8/16/19
DATE

JOY MATH
Commission No. 780045
My Commission Expires
Aug. 28, 2022

[Notary signature] 8/16/19

Exhibit 2 P.1 of 2

U.S. POSTAGE
FCM LETTER
BETTENDORF
52722
AUG 16, 19
AMOUNT
$6.00
R2304M113080

80047

7008 1300 0001 6748 8647

**CERTIFIED MAIL**

GRA 8/19

Tiffany Grays
PO Box 472322
Aurora, CO 80047

**ProMax**
2900 AAA Court
Bettendorf, Iowa 52722
Ph. 563-322-9034 • Toll free 800-322-9034
www.promaxunlimited.com

RETURN RECEIPT REQUESTED

Exhibit 2 P.2 of 2