IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 20-cv-00451-SKC | Date: November 7, 2022 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201* |

| *Parties:* | *Counsel:* |
|---|---|
| TIFFANY GRAYS, | Pro se |
| Plaintiff, | |
| v. | |
| BLACKHAWK AQUISITION, LLC, | Courtney Bartkus |
| | Erik Josa |
| Defendant. | |

## COURTROOM MINUTES

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 10:01 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding what discovery had been conducted prior to the stay being issued.  Ms. Grays has served 21 interrogatories, 25 requests for production, and 25 requests for admission.  Blackhawk has served 14 interrogatories, 13 or 14 requests for production, and 13 or 14 requests for admission.  Plaintiff has already disclosed and provided reports for 2 retained experts.  No depositions have been taken.  The limitations from the prior scheduling order remain.

**ORDERED:** Discovery cut-off: **March 7, 2023**
Rebuttal exert disclosure deadline: **January 9, 2023**
Dispositive motion deadline: **April 6, 2023**
Deadline to serve responses for any outstanding discovery: **December 7, 2022**

At this time the Court will hold the Final Pretrial and Trial Preparation Conference by phone at the request of the Plaintiff.  If the Court feels it necessary to have the conference in person, a status conference will be set to discuss.

<u>**TELEPHONE FINAL PRETRIAL AND TRIAL PREPARATION CONFERENCE**</u> is set for **August 15, 2023 at 10:30 a.m.**  Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**  Counsel shall refer to the Consent Case Practice and Trial Preparation Order docketed in this case for specifics on preparing the

proposed final pretrial order.  Parties should be prepared to set a trial date one to two months out from this conference.  At the scheduled time, parties shall call the court provided conference line at (888) 251-2909, access code: 5662814#.

Brief discussion regarding discovery disputes from both sides.  Parties shall continue to confer.

**ORDERED:**   A Telephone Discovery Hearing is set for **December 19, 2022 at 1:30 p.m.**  On or before **December 12, 2022,** parties shall jointly email chambers attaching all discovery that is in dispute including responses.  At the scheduled time, parties shall call the court provided conference line at (888) 251-2909, access code: 5662814#.

Discussion regarding *[66] Plaintiff's Notice of Errata to Plaintiff's Third Amended Complaint.*  Plaintiff confirms that all parts of *[52] Third Amended Complaint* appear to be attached.

HEARING CONCLUDED.
**Court in recess: 10:42 a.m.**
Total time in court: 00:41

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.