IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 20-cv-00451-SKC | Date: January 20, 2023 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201* |

*Parties:*                                                        *Counsel:*

TIFFANY GRAYS,                                          Pro se

   Plaintiff,

v.

BLACKHAWK ACQUISITION, LLC,                Courtney Bartkus
                                                                                Erik Kosa
                                                                               Rebecca Kuehn

   Defendant.

## COURTROOM MINUTES

**HEARING: TELEPHONE DISCOVERY HEARING**
**Court in session: 11:37 a.m.**
Court calls case.  Appearances of counsel.

This is a continuation of the Discovery Hearings held on December 19, 2022.

**ORDERED:** All supplementation or additional briefing that is ordered during the course of this hearing is due within 30 days from today.

1) Documents provided to Court by defendant for in camera review: **The Court has determined that the confidentially designation is appropriate.**

2) Defendant's interrogatory 1 and request for production 5**: The Court determines that the damages sought in the other cases and damages received from those other cases are relevant.  To the extent Ms. Grays has interrogatory responses or deposition transcripts from those other cases, Ms. Grays shall provide the portions that discuss damages.  The Court is not requiring Ms. Grays to obtain transcripts if she does not already have them.  Ms. Grays shall provide interrogatory responses from the TSG case that relate to soft and hard inquiries.**

3) Defendant's interrogatories 2 and 3: **Interrogatories are overly broad.  Plaintiff does not need to supplement her responses.**

4) Defendant's interrogatory 4: **Interrogatory is overly broad.  Plaintiff does not need to supplement her response.**

5) Defendant's interrogatory 13: **Plaintiff shall supplement her response to include a description of the consideration that she contends formed the basis of this contract that is referred to in paragraph 103 of the complaint.**

6) Defendant's interrogatory 14: **Plaintiff shall supplement her response to include the facts she is relying upon in her response.**

7) Defendant's interrogatory 9: **Plaintiff shall supplement her response stating the basis of her denial of Defendant's request for admission 3.**

8) Plaintiff's verification of responses to Defendant's interrogatories: **For all interrogatory responses to date and supplemental responses to date, and going forward, Plaintiff shall provide a verified signature page under oath.**

9) Plaintiff's request for production 19: **Objection sustained.  Defendant is not required to produce any additional information.**

10) Plaintiff's request for production 20: **Objection sustained.  Defendant is not required to produce any additional information.**

11) Plaintiff's request for production 21: **Defendant has already produced documents relevant to this request.  Defendant is not required to produce any additional information.**

12) Plaintiff's request for production 22: **Defendant has sufficiently responded to this request.  Defendant is not required to produce any additional information.**

13) Plaintiff's request for production 23: **Objection sustained.  Defendant is not required to produce any additional information.**

14) Plaintiff's request for production 24 and 25: **The requests are not relevant.  Defendant is not required to produce any additional information.  Ms. Grays may provide additional briefing to the Court.**

15) Plaintiff's request for admission 23: **Objection sustained.  Defendant is not required to produce any additional information.**

16) Plaintiff's request for admission 24: **Defendant required to supplement response by withdrawing its objection and responding accordingly.**

17) Plaintiff's interrogatory 19: **Defendant shall supplement its response by identifying the trainer and providing a description of the training.**

18) Plaintiff's interrogatory 22: **Objection sustained.  Defendant is not required to produce any additional information.**

19) Plaintiff's interrogatory 24: **Defendant shall supplement to withdraw its objection.  The response provided is responsive.**

Discussion regarding prior complaints including Promax and Promax reseller duties.  Defendant will check again regarding arbitrations from 2018 to present.  Defendant shall then file a supplement to its brief.

Hearing Concluded.

**Court in recess: 02:01 p.m.**
Total time in court: 02:25

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.
.